UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/4/2021
```

Donna Hedges,

                    Plaintiff,

        —v—                                                    20-cv-9616 (AJN)

Stanford New York, LLC,                                        ORDER

                    Defendant.


ALISON J. NATHAN, District Judge:

        In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial

pretrial conference in this case in person.  Per the Court's notice of initial pretrial conference, the

parties shall submit their proposed case management plan and joint letter no later than seven

days prior to the scheduled conference.  In the joint letter, the parties should advise the Court if

they can do without a conference altogether.  If so, the Court may enter a case management plan

and scheduling order and the parties need not appear.  If not, the Court will hold the initial

pretrial conference by telephone.  The parties and members of the public may access the

proceeding by dialing (888) 363-4749 and entering access code 919-6964.  In either case,

counsel should review and comply with the Court's Emergency Individual Rules and Practices in

Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

        The Court reminds the parties that pursuant to Rule 1.I of the Court's Individual Practices

in Civil Cases, counsel for all parties are required to promptly enter an appearance in the case.

        The Plaintiff shall serve a copy of this Order on the Defendant and file an affidavit of

service on the public docket by February 9, 2021.


        SO ORDERED.

Dated: February 4, 2021                    _____
       New York, New York                        ALISON J. NATHAN
                                            United States District Judge