LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

February 5, 2021

**VIA ECF**

Hon. Alison J. Nathan, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 FOLEY SQ
NEW YORK, NY 10007-1502
nathannysdchambers@nysd.uscourts.gov

Re: *Hedges v. Stanford New York LLC*, 20 CV 09616 (AJN)

Dear Judge Nathan:

  The undersigned is counsel for the plaintiff in the above-referenced matter. I write, on behalf of all parties, to request a thirty-day adjournment of the initial conference, currently scheduled for February 12, 2021. Counsel for the defendant has just recently entered her notice of appearance, and the parties are currently engaged in settlement discussions. This is the first request for such relief.

  The parties thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Justin Zeller*

The initial pretrial conference scheduled for February 12, 2021, is adjourned to March 19, 2021, at 3:15 p.m. The parties shall submit their joint letter and proposed case management plan at least seven days before the conference.
SO ORDERED.

SO ORDERED. 2/5/2021
ALISON J. NATHAN, U.S.D.J.