```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donna Hedges,

          Plaintiff,

–v–

Stanford New York, LLC,

          Defendant.

20-cv-9616 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties in this case have repeatedly failed to comply with the Court's orders. On March 17, 2021, the Court adjourned the initial pretrial conference in this case because the parties had not filed their required materials and ordered the parties to file their joint letter and proposed case management plan no later than March 26, 2021. Dkt. No. 11. The parties have now filed a proposed case management plan, but still have not filed the joint letter required by the Court's notice of initial pretrial conference and subsequent orders.

    The parties are hereby ORDERED to file their joint letter by March 31, 2021, consistent with the Court's notice of initial pretrial conference (Dkt. No. 5). Failure to submit the joint letter will result in dismissal of this action for failure to prosecute.

    SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                                      ALISON J. NATHAN
                                                  United States District Judge